### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COACOCHE AHAISSE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   Case No. CIV-05-354-M |
| | ) |
| MIKE MULLINS, WARDEN, | ) |
| | ) |
| Respondent. | ) |

### ORDER

On April 8, 2005, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended this action be transferred to the United States District Court for the Northern District of Oklahoma pursuant to 28 U.S.C. § 1406(a). Petitioner was advised of his right to object to the Report and Recommendation by April 28, 2005. A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on April 8, 2005, and

(2) TRANSFERS this case to the United States District Court for the Northern District of Oklahoma pursuant to 28 U.S.C. § 1406(a).

**IT IS SO ORDERED this 5th day of May, 2005.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE